Sanctuary for Families

CBWLS
30 Wall Street, 8th Fl.
New York, NY 10005
Tel: 212.349.6009
Fax: 212.566.0344
sanctuaryforfamilies.org

**Hon. Judy Harris Kluger**
*Chief Executive Officer*

**BOARD OF DIRECTORS**

**Michèle O. Penzer**
*President*

**Jamila Abston Mayfield**
*Vice President*

**Anita Kawatra**
*Vice President*

**Katharine Bieber Ogg**
*Vice President & Secretary*

**Francesca Odell**
*Treasurer*

Nefertiti J. Alexander
Greg Baker
Flore E. Baptiste
Garrard R. Beeney
Kara M. Bellew
Ingrid Bilowich-von Ahn
Jeannette Boot
Diana Brummer
Iris Chiu
Maura J. Clark
Mylan L. Denerstein
Michele Dinn
Meena Flynn
Claudia Hammerman
Nyesha Hightower
Ida Hoghooghi
Sunita Jaffrey
Abby F. Kohnstamm
Sunita Koshy
Ted Lazarus
Maria Meneses
Ana L. Oliveira
Stacey J. Rappaport
Molly G. Snyder
Timothy J. White
Alita T. Wingfield

**PAST PRESIDENTS**

Sarah Burke*
Catherine Douglass
Stephanie Ferdman
William F. Gorin
Theresa Ann Havell*
John R. Horan
Mary Ann Mailman
Loretta McCarthy
Denis J. McInerney
Catherine Woodman

**in memoriam*

Dear Judge Padin,

Sanctuary for Families is assisting our client, Jonathan Daniel Velez Pullaguari, A# 245 275 315, who has filed a *pro se* habeas with this court, case number 2:26-cv-13251-EP.

On October 13, 2026, the Court ordered our client to pay the $5 filing fee for this case by October 27, 2026. On Friday, October 23, our office sent a money order by UPS by two day delivery. This money order should have arrived on October 26, 2026. For unknown reasons, the envelope still has not been delivered. See attached, copy of the money order and UPS tracking.

I called the clerk's office today and made the payment over the phone. Please see attached receipt.

I apologize for this oversight and ask that our client's case not be dismissed over this logistical issue.

We therefore ask that the deadline for the filing fee be extended by one day and that Mr. Velez Pullaguari's habeas case remain pending.

Thank you,

Maura Heron
Supervising Attorney, Immigration Intervention Project

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 11/3/2026

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

FOLD HERE

MAURA HERON
CBWLS
30 WALL STREET
NEW YORK NY 10005

0.2 LBS LTR 1 OF 1

**SHIP TO:**
ATTN CLERK'S OFFICE
DISTRICT COURT OF NEW JERSEY
50 WALNUT STREET ROOM 4015
MLK BUIDING
**NEWARK NJ 07101**

**NJ 076 9-02**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 26W 9W8 02 9749 7008

BILLING: P/P

Expense Code: LIP-BXFJC

CS 26.0.10. WNTNV50 43.0A 10/2026*

TM

**From:** njdefiling@njd.uscourts.gov
**Date:** October 13, 2026 at 11:49:16 AM EDT
**To:** njdefiling@njd.uscourts.gov
**Subject: Activity in Case 2:26-cv-13251-EP VELEZ PULLAGUARI v. WARDEN OF DELANEY HALL et al Text Order**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
**U.S. District Court**
**District of New Jersey [LIVE]**
**Notice of Electronic Filing**

The following transaction was entered on 10/13/2026 at 11:48 AM EDT and filed on 10/13/2026

| | |
|---|---|
| **Case Name:** | VELEZ PULLAGUARI v. WARDEN OF DELANEY HALL et al |
| **Case Number:** | 2:26-cv-13251-EP |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**TEXT ORDER: Pro se Petitioner Jonathan Daniel Velez Pullaguari, an immigration detainee, brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 alleging unlawful immigration detention. D.E.1. Petitioner did not pay the $5 filing fee for a habeas petition pursuant to 28 U.S.C. § 1914(a), nor has he submitted an application to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a). It is ORDERED that Petitioner must pay the required $5 filing fee pursuant to 28 U.S.C. § 1914(a) or submit an IFP application pursuant to 28 U.S.C. § 1915(a) within 14 days of this Order. The Clerk of Court shall mail a copy of this Order, along with an IFP Application, Form DNJ-ProSe-007-B, to Petitioner via regular mail. So Ordered by Judge Evelyn Padin on 10/13/2026. (bt)**

**2:26-cv-13251-EP Notice has been electronically mailed to:**

JOHN FRANCIS BASIAK john.basiak@usdoj.gov, CaseView.ECF@usdoj.gov, Lauren.Goldner@usdoj.gov, lauren.svec@usdoj.gov

JONATHAN DANIEL VELEZ PULLAGUARI namare@sffny.org

**2:26-cv-13251-EP Notice has been sent by regular U.S. Mail:**

# POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

Serial Number: 55274822241

Year, Month, Day: 2026-10-23

Post Office: 100050

U.S. Dollars and Cents: $5.00

Amount: Five Dollars and 00/100 ***************************

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

Clerk: 18

Pay to: Clerk, United States District Court

Address: MLK Building / Newark NJ
50 Walnut St #4015

From: Jonathan Velez Pullaguari

Address: detained - Delaney Hall

Memo: Filing fee habeas

© 2025 United States Postal Service. All Rights Reserved.

⑆000001193⑆ 55274822241⑈

IEEPA Tariff Refunds

Find UPS Closest Location

UPS CampusShip®

M

Shipping

Tracking

Products & Services

The UPS Store

# Tracking Details

## On the Way

1Z26W9W80297497008

Estimated delivery

Friday, October 30, 9:45 A.M. - 12:45 P.M.

Last Location:
Bayonne, NJ, United States, 10/24/2026, 12:01 A.M.

Label Created

We Have Your Package

**On the Way**

Out for Delivery

Delivery

Hide Details

### Package History

Select Time Zone
Local Time

10/24/2026
12:01 A.M.

**On the Way**
Arrived at Facility
Bayonne, NJ, United States

10/23/2026
10:35 P.M.

Departed from Facility
New York, NY, United States

10/23/2026
8:37 P.M.

We've corrected the postal code, and the package is on its way to the updated address.
New York, NY, United States

10/23/2026
8:36 P.M.

**We Have Your Package**
Arrived at Facility
New York, NY, United States

10/23/2026

2:15 P.M.

**Label Created**

Shipper created a label, UPS has not received the package yet.
United States

Change My Delivery › Upload Documents › Notify Me ›

## Stay Safe - Avoid Fraud and Scams

Tips to Avoid Fraud ›

Received a text, call, or email that seems suspicious? Don't respond to it.

## Shipment Details

**Ship From**
SANCTUARY FOR FAMILIES
40 EXCHANGE PL
NEW YORK, NY, 100052701, US

**Ship To**
DISTRICT COURT OF NEW JERSEY
ATTN CLERK'S OFFICE
50 WALNUT ST
NEWARK, NJ 07102 US

**Service**
UPS 2nd Day Air®

**Weight**
0.20 LBS

**Shipment Category**
Package

**Reference Number(s)**
LIP-BXFJC

**Shipped / Billed On**
10/23/2026

## Support

Help and Support Center

Tracking Support

Where's My Package

Shipping Guides and Resources

International Shipping Guides

Communication Preferences

## UPS Sites

About UPS

UPS Jobs

UPS Insights & Resources

UPS Healthcare

UPS Supply Chain Solutions

The UPS Store

UPS Developer Portal

## UPS Companies

Happy Returns

Roadie

UPS Secure Commerce

Delivery Solutions

## Connect with Us

Facebook

X

Instagram

LinkedIn

YouTube

## Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Your California Privacy Rights

Privacy Notice

Cookie Settings

Do Not Sell or Share My Personal Information

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved.

# U.S. District Court

## New Jersey District - Newark

Receipt Date: Oct 28, 2026 3:19PM

JONATHAN DANIEL VELEZ PULLAGUARI
NEWARK, NJ 07102

Rcpt. No: 55624 Trans. Date: Oct 28, 2026 3:19PM Cashier ID: #BaKe (5129)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 202 | Writ of Habeas Corpus | | 1 | 5.00 | 5.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $5.00 |
| | Total Due Prior to Payment: | $5.00 |
| | Total Tendered: | $5.00 |

**Comments**: HABEAS CASE NO. 26-cv-13251

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.